FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 NOV 30 PM 2:15
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD BERNARD DATTS, )
)
Petitioner, )
)
v. ) CASE NOS. CV412-009
) CR410-091
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 petition is **GRANTED**. As a result, Petitioner's sentence in the underlying criminal case, 4:10-cr-091, is **VACATED** and an identical sentence is **REIMPOSED**. Petitioner's newly appointed counsel, Mr. Chauncey Napoleon Barnwell, is **DIRECTED** to file a notice of appeal on Petitioner's behalf. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA